**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS SEBASTIAN,** | : | |
| **Petitioner** | : | **No. 1:23-cv-01425** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **ADAMS COUNTY DISTRICT** | : | |
| **ATTORNEY, <u>et</u> <u>al.</u>,** | : | |
| **Respondents** | : | |

**<u>ORDER</u>**

**AND NOW**, on this 21st day of May 2026, after considering pro se Petitioner Carlos Sebastian ("Sebastian")'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), Respondents' response in opposition to Sebastian's habeas petition and separately filed exhibits (Doc. Nos. 14, 15), and Sebastian's three motions to compel compliance (Doc. Nos. 17–19), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Sebastian's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. Sebastian's motions to compel compliance (Doc. Nos. 17–19) are **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania